# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

*Via ECF*

November 5, 2021

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**    Rafael Almanzar v. Enterprise Gold Street Parking LLC, et al.
Case No. 21-cv-06672

Dear Judge Cronan:

As counsel for Defendants Enterprise Gold Street Parking LLC ("Gold Street") and World Tower Parking Garage, LLC ("World Tower") (together, "Defendants") in the above-referenced matter, we respectfully write jointly with Plaintiff to request an adjournment of the Initial Pretrial Conference currently scheduled for November 12, 2021 at 11 AM and a corresponding extension of associated deadlines for the initial conference-related submissions.  The Parties have engaged in pre-discovery exchanges of documents and information and are currently working with the mediator assigned to this matter to schedule a mediation for early- to mid-December.  Once the mediator has confirmed the mediation date, the Parties will notify the Court of such date and submit a Proposed Case Management Plan by December 27, 2021 if the matter is not resolved at mediation.  The Parties do not anticipate needing another extension of time to submit a Proposed Case Management Plan or to attend an initial pretrial conference with the Court.

# JacksonLewis

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Joseph DiPalma

Brian A. Bodansky

(914) 872-6882 Direct

Brian.Bodansky@jacksonlewis.com

Jackson Lewis P.C.
4868-2241-0498, v. 1

These requests are granted.  The Initial Pretrial Conference currently
scheduled for November 12, 2021 is adjourned until January 3, 2022 at
11:30 a.m.  By December 27, 2021, the parties shall file a proposed case
management plan, scheduling order, and status letter.

SO ORDERED.
Date: November 8, 2021
    New York, New York

JOHN P. CRONAN
United States District Judge