UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
RAFAEL ALMANZAR,                                                       :
:
                       Plaintiff,                       :
:      21 Civ. 6672 (JPC)
     -v-                                                              :
:      <u>ORDER</u>
:
ENTERPRISE GOLD STREET PARKING LLC, *et al.*  :
:
                     Defendants.                     :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has received notice that the parties have reached agreement on settling all issues in this case. By January 20, 2022, the parties shall either file a stipulation of dismissal or file a joint letter updating the Court on the status of this case.

      SO ORDERED.

Dated: December 20, 2021
       New York, New York
                                                JOHN P. CRONAN
                                        United States District Judge