UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                              :
RAFAEL ALMANZAR,                            :

                         Plaintiff,                  :

                                              :             21 Civ. 6672 (JPC)
               -v-                               :
                                              :                   <u>ORDER</u>

ENTERPRISE GOLD STREET PARKING LLC, *et al.*  :

                    Defendants.               :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      To clarify the Court's December 17, 2021 order, *see* Dkt. 17, the IPTC scheduled for January 3, 2022, at 11:30 a.m. is adjourned *sine die*, as are the deadlines for the proposed case management plan, scheduling order, and pre-IPTC status letter.

      SO ORDERED.

Dated: December 27, 2021
       New York, New York                                 JOHN P. CRONAN
                                                                      United States District Judge